May 04, 2007

Mr. Dan Pozza
Attorney at Law
300 Convent Street, #100
San Antonio, TX 78205
Mr. Jeffrey D. Small
Law Office of Jeff Small
12451 Starcrest, Suite 100
San Antonio, TX 78216-2988

RE: Case Number: 05-0991
 Court of Appeals Number: 04-05-00211-CV
 Trial Court Number: 2004-CI-04405

Style: CITY OF SAN ANTONIO
 v.
 DOLORES YTUARTE

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause. Pursuant to Texas Rule of
Appellate Procedure 59.1, after granting the petition for review and
without hearing oral argument, the Court reverses the court of appeals'
judgment and renders judgment dismissing the case.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Dan Crutchfield |
| |Ms. Margaret G. |
| |Montemayor |